UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Andrenia Lawton,<br><br>               Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner<br>of Social Security Administration,<br><br>               Defendant. | Civil Action No. 5:15-cv-00817-DCN-KDW<br><br><br><br>ORDER |

On February 25, 2015, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on June 26, 2015. ECF Nos. 5, 6. Plaintiff's brief in support of her appeal was originally due by July 30, 2015. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 5. Plaintiff was granted two extensions of time, making her brief due on September 14, 2015. ECF Nos. 10, 13. To date, however, Plaintiff has not filed her brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **October 2, 2015**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 18, 2015　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　　　United States Magistrate Judge